## United States District Court
### Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| NG-27 | 9754216 | O. TAYLOR | 4665 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 09/28/2022 1621
Offense Charged: ☒ CFR ☐ USC ☐ State Code — 38 CFR 1.218(a)5
Place of Offense: 1670 CLAIRMONT RD. DECATUR, GA. 30033 2 FLOOR LAB
Offense Description: Factual Basis for Charge: DISORDERLY CONDUCT LOUD AND BOISTEROUS NOISE
HAZMAT ☐

**DEFENDANT INFORMATION** Phone: (251) 605-8798
Last Name: SIMPSON
First Name: LARRY
M.I.: D.

☒ Adult ☐ Juvenile   Sex: ☒ Male ☐ Female   Hair: BLK   Eyes: BRN   Height: 5'7"   Weight: 187

VEHICLE  VIN:  CMV ☐
Tag No. | State | Year | Make/Model | PASS ☐ | Color

**A** ☒ If Box A is checked, you must appear in court. See instructions.

**B** ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.
$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT AT www.cvb.uscourts.gov →
$ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
Court Address: _____   Date: _____   Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature [signature]

Original - CVB Copy

*9754216*

CVB SCAN 10/06/2022 10:49

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on SEPT. 28, 2022 while exercising my duties as a law enforcement officer in the NORTHERN District of GEORGIA

ON 09/27/2022 AT ABOUT 1636 HOURS, SEVERAL WITNESSES OBSERVED ATLANTA VA LAB TECHNICIAN LARRY D. SIMPSON YELLING LOUDLY AND USED PROFANE LANGUAGE TOWARD PATIENTS SITTING IN THE LAB LOBBY AND HALLWAY. SIMPSON CONTINUED HIS DISRUPTIVE BEHAVIOR UNTIL A CO-WORKER GUIDED SIMPSON OUT OF THE AREA. SIMPSON DID USE LOUD AND BOISTEROUS NOISE, WHICH DISTURBED THE NORMAL OPERATIONS OF THE VA LAB'S SERVICES.

The foregoing statement is based upon:
☐ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☒ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____   [signature] O. Taylor
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident